IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | |
| : | |
| KAMARA AHMED : | CRIMINAL NO. 14-265-1 |

O R D E R

AND NOW, this 10th day of September, 2014, it is hereby ORDERED that the Defendant's Motions for Discovery (Doc No. 52 and 53) are DENIED as moot

BY THE COURT:

/S/ Legrome D. Davis

Legrome D. Davis, J.