IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| AHMED KAMARA | : | NO. 14-265-1 |

ORDER

And now, this 26th day of May 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Ahmed Kamara to modify his sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 269) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.